## WILLIAMS *v.* NOLAN.

ERROR TO COURT OF APPEALS OF THE STATE OF NEW YORK.

No. 28. Argued January 31, February 1, 2 and 5, 1866.—Decided March 26, 1866.

Reversed on the authority of *Van Allen* v. *Assessors*, 3 Wall. 573

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court:

The opinion in the case of *Van Allen and Others* v. *Nolan and Others* governs this case, and the same judgment must be entered.

*Judgment reversed and case remitted.*

*Mr. J. H. Reynolds* for plaintiff in error.

*Mr. A. T. Parker* for defendants in error.

___

## BROWN *v.* JOHNSON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF MISSISSIPPI.

No. 47. Submitted December 11, 1866.—Decided January 3, 1867.

Reversed on the authority of *Brown* v. *Bass*, 4 Wall. 262.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is a writ of error to the Circuit Court of the United States for the Southern District of Mississippi.

The case involves the same questions examined in the case of *Brown* v. *Bass*, 4 Wall. 262, and the opinion in that case governs this, and shows that the court erred in the several rulings and instructions in this case. *Reversed.*

*Mr. J. M. Carlisle* and *Mr. J. D. McPherson* for plaintiff in error.